*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, HARRELL, and KORN
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Tyler S. BEAN**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202500008**

_____

Decided: 31 March 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
David C. Segraves

Sentence adjudged 13 September 2024 by a special court-martial tried at Marine Corps Air Station Miramar, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and confinement for 57 days.[1]

For Appellant:
*Commander Jeanne W. Murray, JAGC, USN*

---

[1] Appellant was credited with 57 days of pretrial confinement.

Opinion of the Court

For Appellee:
*Lieutenant Commander Philip J. Corrigan, JAGC, USN*
*Major Mary Claire Finnen, USMC*

—————————————

**This opinion does not serve as binding precedent but may be cited as persuasive authority under NMCCA Rule of Appellate Procedure 30.2.**

—————————————

PER CURIAM:

Appellant was convicted, consistent with his pleas, of two specifications of domestic violence, in violation of Article 128b, Uniform Code of Military Justice (UCMJ), for committing a violent offense against his wife.[2]

Appellant asserts one assignment of error: Did the Appellant's Commanding Officer abuse his discretion in ordering that Appellant be placed in pretrial confinement?[3] We have carefully considered the matters raised by Appellant in his brief and find they do not require discussion or relief.[4]

We have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[5]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] 10 U.S.C. § 928b.

[3] Raised pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982).

[4] *See United States v. Matias,* 25 M.J. 356, 361 (C.M.A. 1987).

[5] Articles 59 & 66, UCMJ, 10 U.S.C. §§ 859, 866.